UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW VALLES,<br><br>        Plaintiff,<br><br>    -against-<br><br>ATTORNEY GENERAL OF THE UNITED STATES; ATTORNEY GENERAL OF THE STATE OF CALIFORNIA; ATTORNEY GENERAL OF THE STATE OF NEW YORK; ATTORNEY GENERAL OF THE STATE OF UTAH,<br><br>        Defendants. | 25-cv-2215 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 Defendants are hereby ordered to respond to plaintiff's motion for a temporary restraining order, Dkt. 3, by June 18, 2025.

   SO ORDERED.

Dated: June 4, 2025
   New York, New York

                  _____
                   ARUN SUBRAMANIAN
                  United States District Judge