UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW VALLES,<br><br>      Plaintiff,<br><br>  -against-<br><br>ATTORNEY GENERAL OF THE UNITED STATES; ATTORNEY GENERAL OF THE STATE OF CALIFORNIA; ATTORNEY GENERAL OF THE STATE OF NEW YORK; ATTORNEY GENERAL OF THE STATE OF UTAH,<br><br>      Defendants. | 25-cv-2215 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 On June 25, 2025, defendants filed a motion to dismiss the complaint. Dkt. 26. Plaintiff Andrew Valles is hereby ORDERED to file any opposition to the motion by August 29, 2025. Defendants' reply is due fourteen days after Valles files his opposition.

  SO ORDERED.

Dated: July 9, 2025
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge