**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Andrew Valles,

                        Plaintiff,

         -against-                                          25 **CIVIL** 2215 (AS)

                                                           **JUDGMENT**

Attorney General of the United States et al.,

                        Defendants.
-----------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated February 11, 2026, the Attorney General of the

United States's motion to dismiss Valles's complaint is GRANTED. The Court *sua sponte*

dismisses the remaining defendants, who have not filed an appearance; accordingly, the case is

closed.

**Dated:** New York, New York

         February 17, 2026

                                                    **TAMMI M. HELLWIG**
                                        _____
                                                    **Clerk of Court**


                              BY:  _____
                                                    **Deputy Clerk**